UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OZIE L. HALL, JR., )<br>)<br>          Plaintiff, )<br>) <br>  v. )<br>)<br>MATTHEW L. LILES, JAMES STEVEN BASS, )<br>ALEXANDRA S. SCHAUSS, LEIGH ANN )<br>KERR, and EUGENE THOMAS BRUTON, )<br>)<br>          Defendants. )<br>) | **JUDGMENT**<br><br>5:23-CV-220-BO-BM |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motions to dismiss [DE 16 & 19] are GRANTED. Plaintiff's federal claims against defendants are DISMISSED. Plaintiff's state law claims are DISMISSED without prejudice as the Court declines to exercise supplemental jurisdiction. Plaintiff's motion to amend his complaint [DE 33] is DENIED.

**This judgment filed and entered on December 20, 2023, and served on:**
Ozie L. Hall, Jr. (via CM/ECF NEF)
Michael Bulleri (via CM/ECF NEF)
Tamika Henderson (via CM/ECF NEF)
Elizabeth Jenkins (via CM/ECF NEF)
Kimberly Potter (via CM/ECF NEF)
Zachery Padget (via CM/ECF NEF)

December 20, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk