UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| OZIE L. HALL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **JUDGMENT** |
| ) | |
| MATTHEW L. LILES, JAMES STEVEN BASS, ) | 5:23-CV-220-BO-BM |
| ALEXANDRA S. SCHAUSS, LEIGH ANN ) | |
| KERR, and EUGENE THOMAS BRUTON, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that, pursuant to the Fourth Circuit's mandate, defendants' motions to dismiss [DE 16 & 19] are GRANTED, plaintiff's claims against defendants in their official capacities are DISMISSED without prejudice, and plaintiff's state law claims are DISMISSED without prejudice as the Court declines to exercise supplemental jurisdiction. Plaintiff's motion to amend his complaint [DE 33] is DENIED.

**This judgment filed and entered on June 4, 2025, and served on:**
Ozie L. Hall, Jr. (via CM/ECF NEF)
Michael Bulleri (via CM/ECF NEF)
Tamika Henderson (via CM/ECF NEF)
Elizabeth Jenkins (via CM/ECF NEF)
Kimberly Potter (via CM/ECF NEF)
Zachery Padget (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

June 4, 2025

  /s/ Lindsay Stouch
By: Deputy Clerk